**No. 47594.**—Protests 66895–K/90530, etc., of N. Shure Co. (Chicago).

Opinion by DALLINGER, J. At the trial it was agreed between counsel that the merchandise in question consists of manufactures of metal, not specially provided for, composed in chief value of lead, not plated, and was held dutiable according to weight, as stipulated, at 3 cents per pound but not less than 22½ percent nor more than 45 percent ad valorem under paragraph 397 and T. D. 49753, as claimed.